MAY 20, 1991

No. 90–707.   DEAN WITTER REYNOLDS INC. ET AL. v. ALFORD.   C. A. 5th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gilmer* v. *Interstate/Johnson Lane Corp., ante,* p. 20.